UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.  CV 08-7710-DSF(SSx)                Date: December 19, 2008

Title:   PINK PIG INVESTMENT LLC v. ASTOR CONDOMINIUM, et al.

=======================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE

          Ellen Matheson                None
          Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO
             COMPLY WITH LOCAL RULE 3-2 AND SCHEDULING ORDER
             TO SHOW CAUSE HEARING

     On December 9, 2008, this Court issued an Order to Comply With Local
Rule 3-2, which requires that all manually filed civil initiating documents
be e-mailed in electronic form (PDF format only) within twenty-four hours
of the date the civil initiating documents are filed.  Counsel have failed
to comply with that Order of Court.

     IT IS HEREBY ORDERED that counsel appear in person before the
Honorable Audrey B. Collins, on February 2, 2009, at 10:00 a.m., Courtroom
680, Royal Federal Building, 255 E. Temple Street, Los Angeles,
California, to show cause why monetary sanctions should not be imposed
against counsel pursuant to Local Rule 83-7(a), for failure to comply with
Local Rule 3-2.

     A written response to this Order to Show Cause shall be filed no later
than January 20, 2009.  **Failure to do so will result in the matter
being submitted without hearing and be deemed consent to the
imposition of sanctions.**

     The Clerk shall serve this minute order on all parties/counsel in this
action.

cc:  Judge Audrey B. Collins
     Judge Dale S. Fischer

                                        _____ : _____
                          Initials of Deputy Clerk:  enm